# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

### NO. 03-21-00316-CV

---

### In re Olivia Hursh

---

### ORIGINAL PROCEEDING FROM TRAVIS COUNTY

---

### M E M O R A N D U M   O P I N I O N

Relator has filed an unopposed notice of entry of final order, informing the Court that the trial court has entered a final order disposing of all issues before the trial court and rendering the petition for writ of mandamus wholly moot.  Accordingly, we dismiss as moot the petition for writ of mandamus.  We also lift our stay entered on July 9, 2021, and dismiss as moot real party in interest's emergency motion to lift stay.

_____

Chari L. Kelly, Justice

Before Chief Justice Byrne, Justices Triana and Kelly

Filed:   October 20, 2021